```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
SHARRIK MOLLEY,               :
                              :    No. 19-cv-21148 (NLH)(KMW)
               Plaintiff,     :
                              :
          v.                  :    MEMORANDUM OPINION
                              :
                              :
DAVID KELSEY, et al.,         :
                              :
               Defendants.    :
_____:
```

IT APPEARING THAT:

1. Plaintiff Sharrik Molley filed a complaint pursuant to 42 U.S.C. § 1983.  ECF No. 1.

2. On August 4, 2021, mail sent to Plaintiff at his address of record was returned as undeliverable.  ECF No. 7.

3. The returned envelope is marked "not here" and "return to sender."  Id.

4. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5. The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiff may reopen this

1

matter by submitting his updated address.

    6.   An appropriate order follows.


Dated: September 28, 2021          s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.